# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IMATY SIDWELL, | Case No.: 2:18-cv-00487-APG-CWH |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant | |

On May 7, 2018, the parties informed the court that a settlement had been reached between the plaintiff and defendant Equifax Information Services, LLC. ECF No. 7. The parties stated they anticipated filing a stipulation to dismiss within 60 days. More than 60 days have passed and no stipulation has been filed.

IT IS THEREFORE ORDERED that plaintiff Imaty Sidwell and defendant Equifax Information Services, LLC shall file either a stipulation to dismiss or a status report on or before August 17, 2018.

DATED this 6th day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE