UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IMATY SIDWELL,<br><br>　　Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　Defendant | Case No.: 2:18-cv-00487-APG-CWH<br><br>**Second Order for Stipulation of Dismissal or Status Report** |

On May 7, 2018, the parties informed the court that a settlement had been reached between the plaintiff and defendant Equifax Information Services, LLC. ECF No. 7. The parties stated they anticipated filing a stipulation to dismiss within 60 days. More than 60 days passed and no stipulation was filed, so I ordered the parties to file either a stipulation to dismiss or a status report on or before August 17, 2018. Again, nothing was filed.

IT IS THEREFORE ORDERED that plaintiff Imaty Sidwell and defendant Equifax Information Services, LLC shall file either a stipulation to dismiss or a status report on or before September 17, 2018. Failure to respond to this order may result in an order to show cause why sanctions should not be imposed against the parties or their counsel for failure to comply with the court's orders.

DATED this 5th day of September, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE